# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LAWRENCE A. SMITH,<br><br>    Defendant. | 8:15CR10<br><br>ORDER |

This matter is before the court on the Petition for Offender under Supervision [41] and the Amended Petition for Offender under Supervision [54]. Pursuant to the plea agreement in case 8:17cr39, the government moved to dismiss the petitions. The court accepted the parties' plea agreement and the petitions will be dismissed.

IT IS ORDERED:

1. The Petition for Offender under Supervision [41] and the Amended Petition for Offender under Supervision [54] are dismissed.

Dated this 11th day of July, 2017.

            BY THE COURT:

            s/Laurie Smith Camp
            Chief United States District Judge